## UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan – Southern Division

Case No.: 09-46761-pjs
Chapter: 7
Hon. Phillip Shefferly
Filed: 3/9/09

In Re: Robert M. Airoldi
and Marie C. Airoldi, debtors.

------------------------------------------------------------------------------------------------------------------/

### CERTIFICATE OF SERVICE

I, Guy T. Conti, do hereby affirm that on July 9, 2009, I served the following documents:

1. Motion for Sanctions for Violation of Automatic Stay.

2. Brief in Support of Motion with Affidavit and Documentary Exhibits.

3. Proposed Order.

4. Notice of Motion and Opportunity to Object.

5. This Certificate of Service

on the Case Trustee through the Court's CM/ECF system and on State Farm Bank, Attn: BCC-DTB5, 112 E. Washington Street, Bloomington, IL 61701, by placing the documents in an envelope, sealing the envelope and placing the envelope in the United States Postal Service, first-class postage fully pre-paid.

July 9, 2009
/s/Guy T. Conti
Guy T. Conti
The Law Offices of Guy T. Conti, PLLC
Attorney for Debtors
302 N. Huron Street
Ypsilanti, MI 48197
734.272.4771 voice
888.848.8228 fax
gconti@contilegal.com