B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert M Airoldi,**  
**Marie C Airoldi**  
_____ ,  
Debtors

Case No. __09-46761-pjs__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx2435<br><br>Sears/cbsd<br>Sears bankruptcy Recovery<br>7920 Nw 110th St<br>Ks, MO 64101 | | J | Opened 6/01/02 Last Active 12/07/08<br>ChargeAccount | | | | 1,058.00 |
| Account No. xxxx8829<br><br>State Farm Financial S<br>Attn: BCC-DTB5<br>112 E Washington St<br>Bloomington, IL 61701 | | J | Opened 2/01/04 Last Active 12/10/08<br>CreditCard | | | | 5,034.00 |
| Account No. N/A<br><br>William and Mary Lou Vargo<br>5845 Cherrywood<br>Apt 2601<br>West Bloomfield, MI 48322 | | J | 4/15/2007<br>Unsecured personal loan | | | | 5,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **11,092.00**

Total (Report on Summary of Schedules) **137,746.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

03-26-2009

State Farm Bank
Visa Collections Department
PO Box 2326
Bloomington, Il 61702-2326

Re: Account Number 4707 8829 2511 6328
Marie C Airoldi
Robert M Airoldi

In March I gave a State Farm Bank Representative my Attorney's name, address, phone number, along with our Bankruptcy Chapter 7 filing date and case number.

I am receiving continuous Collections letters & Statements. This past week I received two Collection letters requesting payment just days apart as well as the June Statement.

Once again, I would ask as communicated in March, that you contact my Attorney if you need additional information.

Attorney: Mr. Guy T. Conti, PLLC.
302 N Huron Street
Ypsilanti, MI 48197
888-489-3232 Voice
888-848-8228 Fax

Chapter 7 # 09-46761-pjs (03-09-2009) Robert M. & Marie C. Airoldi

Thank you in advance,

*[signature]*
Robert Airoldi

*[signature]*
Marie Airoldi
PO Box 474
Milford MI 48381

.cc Mr. Guy T. Conti, PLLC,
Attachments



State Farm Bank
Po Box 2326
Bloomington, IL 61702-2326

*flud* 4-8-09

March 31, 2009

Marie C Airoldi  0002336
Robert M Airoldi
Po Box 474
Milford, MI 48381-0474

Your Account Ending In 6328

| | |
|---|---:|
| BALANCE | $5,287.55 |
| AMT PAST DUE | $96.23 |
| DAYS PASTDUE | 16 |
| TOTAL AMOUNT DUE | $222.41 |

Dear Marie C Airoldi:

We would like to make you aware that we did not receive the minimum payment due on your State Farm(R) Visa(R) credit card account. We value your business and look forward to providing you outstanding financial services in the future.

At State Farm Bank(R), we offer you many options to submit the payment on your account. You can enroll in our automatic payment deduction plan or call us at 1-888-634-0012 to make your payment over the phone.

Take advantage of one of our convenient payment options today.

Sincerely,

Collections Department
State Farm Bank

This is an attempt to collect a debt and any information obtained will be used for that purpose.



MEMBER
FDIC
0161-1003 (10-2003)



State Farm Bank
Po Box 2326
Bloomington, Il  61702-2326

*Redd 4/18/09*  

April 10, 2009

Marie C Airoldi       0001838
Robert M Airoldi
Po Box 474
Milford, MI  48381-0474

Your Account Ending In 6328

| | |
|---|---|
| BALANCE | $5,321.55 |
| AMT PAST DUE | $96.23 |
| DAYS PASTDUE | 26 |
| TOTAL AMOUNT DUE | $222.41 |

Dear Marie C Airoldi:

We want to make you aware that your State Farm(R) Visa(R) credit card account is currently past due. At State Farm Bank(R), we make every attempt to provide you with the financial services you need. However anytime your account is past due, we may suspend your credit privileges until the required payment is received.

We offer you many options to submit the payment on your account. You can enroll in our automatic payment deduction or call us at 1-888-634-0012 to make your payment over the phone. There's no reason to miss another payment and risk the suspension of your credit privileges.

Call us today to make your payment by phone and get details on our automatic payment deduction plan.

Sincerely,

Collections Department
State Farm Bank

This is an attempt to collect a debt and any information obtained will be used for that purpose.


MEMBER
FDIC
0161-1003 (10-2003)


LENDER



Rec'd 5/22

| Payment Due 2:30 P.M. (ET) on | June 10, 2009 |
|---|---|
| New Balance: | $5,507.73 |
| Minimum Payment: | $549.14 |
| Past Due Amount: | $354.27 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS  GA  31902-3025

17180 1 AB .351  05-3628-4664-DIAL-001-T=115

MARIE C AIROLDI
ROBERT M AIROLDI
PO BOX 474
MILFORD MI   48381-0474

**P0019180

Make Check Payable to:
STATE FARM BANK

☐ Please check box for address or telephone change on the reverse side.

4707882925116328   000549142   005507739

---

MARIE C AIROLDI     Account Number: 4707-8829-2511-6328     Payment Due Date: June 10, 2009     Page 1 of 2

For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)

### Account Summary
| | |
|---|---|
| Previous Balance: | $5,366.53 |
| Payments & Credits: | $0.00 |
| Purchases & Other Charges: | $0.00 |
| Cash Advances: | $0.00 |
| Finance Charges & Fees: | $141.20 |
| Ending Balance: | $5,507.73 |

### Credit Line Summary
| | |
|---|---|
| Closing Date: | May 16, 2009 |
| Number of Days in Cycle: | 30 |
| Total Credit Limit: | $0.00 |
| Available Credit Limit: | $0.00 |
| Cash Advance Limit: | $0.00 |
| Available Cash Advance Limit: | $0.00 |

### STATE FARM DOLLARS

| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
|---|---|---|---|
| $139.39 | $0.00 | $0.00 | $27.93 |

Transactions For: 4707-8829-2511-6328

| Posting Date | Transaction Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| | | | **PURCHASES AND DEBITS** | |
| 05-11-09 | 05-11-09 | | LATE PAYMENT FEE | $34.00 |

Your account is now THREE PAYMENTS PAST DUE. The delinquent status of your account is reported to the credit reporting agencies and may DAMAGE YOUR CREDIT RATING. Call us today at 1-888-634-0012 to make payment arrangements.

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE | |
|---|---|---|---|---|---|
| | | | | Due to Daily Periodic Rate | Transaction Fees |
| Purchases | $5,379.33 | 0.0665%* | 24.24% | $107.20 | $0.00 |
| Cash | $0.00 | 0.0665%* | 24.24% | $0.00 | $0.00 |

The effective **Annual Percentage Rate** for the period is: 24.24%
*This rate may vary.

Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.

State Farm Bank
Po Box 2326
Bloomington, Il 61702-2326

Rec'd 5/23/09

May 15, 2009

Marie C Airoldi  0001890
Robert M Airoldi
Po Box 474
Milford, MI 48381-0474

Your Account Ending In 6328

BALANCE $5,507.73
AMT PAST DUE $354.27
DAYS PASTDUE 61

Dear Marie C Airoldi:

Your State Farm(R) Visa(R) credit card account is now three payments past due. Because of the past due status of your account, we have closed your account and the credit privileges on your Visa card(s) have been revoked. Please cut the credit card(s) in two and return them to us.

The closure of your account does not change your obligation to repay the balance due. Our collection department will be contacting you to collect the full payment due of $549.14.

To pay the amount due today, call 1-888-634-0012 and we will take your payment over the telephone.

Sincerely,

Collections Department
State Farm Bank(R)

NOTICE

The Federal Equal Credit Opportunity Act prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning this federal savings bank is the Office of Thrift Supervision, Consumer Response Unit, 1700 G Street, NW, Washington, DC 20552.

This is an attempt to collect a debt and any information obtained will be used for that purpose.



MEMBER
FDIC
0161-1003 (10-2003)



EQUAL HOUSING
LENDER

*Rec'd 5/22*  Bank.

State Farm Bank
Po Box 2326
Bloomington, Il 61702-2326

May 06, 2009

Marie C Airoldi
Robert M Airoldi
Po Box 474
Milford, MI 48381-0474

0001380

Your Account Ending In 6328

| | |
|---|---|
| BALANCE | $5,366.53 |
| AMT PAST DUE | $222.41 |
| DAYS PASTDUE | 51 |
| TOTAL AMOUNT DUE | $354.27 |

Dear Marie C Airoldi:

The full payment due on your State Farm(R) Visa(R) credit card account has yet to be received. We have attempted to contact you to make payment arrangements but your balance continues to become further past due.

If the full payment due of $354.27 is not received within ten days of the date of this letter, it will be necessary for us to close your credit card account. Upon closure of your account, you will no longer have credit privileges with your Visa card(s). The closure of your account will not change your obligation to repay the balance due or our collection activities.

If for any reason you cannot send the full amount due today, call us at 1-888-634-0012.

Sincerely,

Collections Department
State Farm Bank(R)

This is an attempt to collect a debt and any information obtained will be used for that purpose.


MEMBER
FDIC
0161-1003 (10-2003)


LENDER