The Law Offices of Guy T. Conti, PLLC
302 N. Huron Street
Ypsilanti, MI 48197
888.489.3232 voice
888.848.8228 fax
www.contilegal.com

Invoice submitted to:
AIROLDI, MARIE AND ROBERT
42640 SWAN LAKE DRIVE
APT 102

| | |
|---|---|
| Invoice # | 30022 |
| Invoice date | 08/05/2009 |
| For Services Through | 08/05/2009 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| **In Reference To: State Farm Bank (Labor)** | | | | |
| 07/09/2009 | GC | Draft and file Motion for Sanctions | 1.00 at $175.00/hr | $175.00 |
| 08/05/2009 | GC | Prepare Certificate of Non-Response and upload | 0.50 at $175.00/hr | $87.50 |
| 08/05/2009 | GC | Prepare affidavit of attorney fees and costs | 0.20 at $175.00/hr | $35.00 |
| **In Reference To: State Farm Bank (Expenses)** | | | | |
| 07/13/2009 | GC | Certified, return-receipt postage for serving Stanley Ommen, President of State Farm Bank, FSB. | 6.49 | $6.49 |

Total Hours: 1.70 hrs
Total Labor: $297.50
Expenses: $6.49
Total Amount: $303.99

Total Labor: $297.50
Total Expenses: $6.49
Total Invoice Amount: $303.99