# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan – Southern Division

In Re: Robert M. Airoldi
and Marie C. Airoldi, debtors.

Case No.: 09-46761-pjs
Chapter: 7
Hon. Phillip Shefferly
Filed: 3/9/09

-------------------------------------------------------------------------------------------------------------------------/

## ORDER ON DEBTORS' MOTION TO HOLD STATE FARM BANK IN VIOLATION OF THE AUTOMATIC STAY

Debtors' motion to hold State Farm Bank ("creditor") in Violation of the Automatic Stay is hereby GRANTED. Creditor shall pay Debtors actual damages in the amount of $1.00 and punitive damages in the amount of $1,000.00, without prejudice to Debtors' right to seek additional punitive damages in the event of further violations of the automatic stay in this case. Further, creditor shall pay Debtors attorney fees and costs in the amount of $303.99. All payments due from creditor shall be paid to Debtors through Debtors' attorney within 30 days of the entry of this order.

**Signed on August 17, 2009**

          **_/s/ Phillip J. Shefferly_**
          **Phillip J. Shefferly**
          **United States Bankruptcy Judge**